IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATONIA BUCHANAN,<br><br>   Plaintiff,<br><br>vs.<br><br>EXEL INC.,<br><br>   Defendant. | Case No. 1:21-cv-02679-JRS-MPB |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, having heretofore filed their Joint Stipulation of Dismissal with Prejudice and the Court having reviewed same and being duly advised in the matter now GRANTS same.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that this cause is dismissed, with prejudice, each party bearing his or its own attorneys' fees and costs.

SO ORDERED.

Date: 9/16/2022

            _____
            JAMES R. SWEENEY II, JUDGE
            United States District Court
            Southern District of Indiana

Distribution via the Court's electronic notification system to all counsel of record.

0144511.0750184   4855-5250-5645v1